IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

STEPHEN R. WINN,                )
                                )
         Petitioner,            )
                                )
v.                              )    Civil Action No. 06-38-KAJ
                                )
THOMAS CARROLL                  )
Warden, and CARL C.             )
DANBERG, Attorney               )
Generalof the State of          )
Delaware,                       )
                                )
         Respondents.           )

**AEDPA ELECTION FORM**

FILED
FEB 10 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

1.  ___✓___    I wish the Court to rule on my § 2254 petition as currently pending. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this petition will be my one opportunity to seek federal habeas corpus relief.

2.  _____    I wish to amend my § 2254 petition to include all the grounds I have. I will do so within thirty (30) days. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this amended all-inclusive petition will be my one opportunity to seek federal habeas corpus relief.

3.  _____    I wish to withdraw my § 2254 petition without prejudice to file one all-inclusive petition in the future; that is, one

that raises all the grounds I have for federal habeas corpus relief. I realize this all-inclusive petition must be filed within the one-year period as defined by 28 U.S.C. § 2244(d). See Swartz v. Meyers, 204 F.3d 417 (3d Cir. 2000).

4. _____   I am not seeking federal habeas corpus relief under § 2254. I am instead seeking relief under _____.

                                                  *Stephen R. Winn*   2/8/06
                                                  Petitioner

LEGAL MAIL



I/M STEPHEN R. WIZUN
SBI# 177957     UNIT 19
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING STREET, LOCKBOX 18
WILMINGTON, DE
      19801 - 3570