United States District Court
For the District of Delaware



Scanned
FILED
FEB 23 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE   KG

## Acknowledgement of Service Form
## For Service By Return Receipt

Civil Action No. _06-38 KAJ_

Attached below is a return receipt card reflecting proof of service
upon the named party on the date show.

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   WARDEN TOM CARROLL
   DELAWARE CORRECTIONAL CENTER
   1181 PADDOCK RD.
   SMYRNA, DE 19977

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Beatrice A_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Bentri ceoNey
C. Date of Delivery: 2/22/06

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service): 7005 1820 0004 3169 5674

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540