IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **STEPHEN R. WINN**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 06-038-KAJ |
| | : | |
| **THOMAS L. CARROLL**, Warden, | : | |
| and **CARL C. DANBERG**, | : | |
| Attorney General of the State of Delaware, | : | |
| | : | |
| Respondents. | : | |

**NOTICE OF FILING OF STATE COURT RECORDS**

1. Respondents file herewith certified copies of the following Delaware Supreme Court documents in *Stephen R. Winn v. State of Delaware*, No. 27, 2005:

    a. appellant's opening brief and exhibits filed July 19, 1005;

    b. State's answering brief and appendix filed September 9, 2005;

    c. and the Court's order dated December 8, 2005.

2. Respondents file herewith certified copies of the following Delaware Supreme Court documents in *Stephen R. Winn v. State of Delaware*, No. 328, 2002:

    a. appellant's opening brief and appendix filed October 25, 2002;

    b. State's answering brief filed November 7, 2002;

    c. and the Court's order dated March 19, 2003.

/s/
Thomas E. Brown (ID# 3278)
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE  19801
(302) 577-8500
e-mail: *ThomasE.Brown@state.de.us*

Date: May 11, 2006

## CERTIFICATE OF SERVICE

The undersigned, being a member of the Bar of this Court, hereby certifies that on May 11, 2006 he caused to be electronically filed a Notice of Filing of Certified State Court Records with the Clerk of the Court using CM/ECF and caused to be hand delivered paper copies of the records listed therein with the Clerk's Office. I hereby certify that on May 11, 2006 I have also caused to be mailed by first class U.S. Mail two copies of the document (and the records listed therein) to the following non-registered participant, the petitioner:

> Stephen R. Winn (No. 177957)
> Delaware Correctional Center
> 1181 Paddock Road
> Smyrna, DE 19977.

/s/
Thomas E. Brown
Deputy Attorney General
Del. Dept. of Justice

Counsel for Respondents

Date: May 11, 2006