FR: STEPHEN R. WINN 177957

D.C.C 1181 PADDOCK ROAD

SMYRNA, DE 19977

TO: OFFICE OF THE CLERK                              NO. 06-38-KAJ

UNITED STATES DISTRICT COURT

844 N. KING STREET, LOCKBOX 18

WILMINGTON, DE 19801-3570

    IT WOULD BE GREATLY APPRECIATED IF YOU WOULD SEND ME AN COPY OF CRIMINAL DOCKET.

    AS ALWAYS, THANK YOU FOR EVERYTHING.

SINCERELY,

CC: 6/29/2006

STEPHEN R. WINN



FILED
JUL 03 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

WILMINGTON DE 197 LEGAL MAIL
30 JUN 2006 PM 3 T

U.S.M.S.
X-RAY

INM STEPHEN R. WINN
SBI# 177957    UNIT 19
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING STREET, LOCKBOX 18
WILMINGTON, DE
   19801-3570