IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

STEPHEN R. WINN,

    PETITIONER

V.

THOMAS L. CARROLL, WARDEN

AND CARL C. DANBERG

ATTORNEY GENERAL OF THE STATE

OF DELAWARE

CIV, ACT, NO. 06-038-KAJ



BO scanned

REQUEST FOR ADMISSIONS

DATED: 11/27/06

Stephen R. Winn
STEPHEN R. WINN   PRO, SE
D.C.C 1181 PADDOCK ROAD
SMYRNA, DE 19977

1 OF 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

STEPHEN R. WINN
    PETITIONER
  V.
THOMAS L. CARROLL, WARDEN
AND CARL C. DANBERG.
ATTORNEY GENERAL OF THE STATE OF DELAWARE

CIV. ACT. NO. 06-038-KAJ

### REQUEST FOR ADMISSIONS

PURSUANT TO RULE 36 OF THE FEBERAL RULES OF CIVIL PROCEDURE, PETITIONER-PLAINTIFF MOVE FOR THE ADMISSION(S) TO THE FOLLOWING, AS DEEMED TO BE WITHIN THE SCOPE OF RULE 26 (b)(i)

1). DID THE STATE EVER INTERVIEW MS. EMILY CUNNINGHAM ABOUT THE ALLEDGED RAPE-BEATING OF MS. CLECKLEY?

2). DID THE STATE MAKE NOTES OF THE INTERVIEW IF SUCH OCCURRIED?

3). DID THE STATE PROVIDE DEFENSE COUNSEL WITH COPIES OF THE INTERVIEW WITH MS. CUNNINGHAM?

4). WAS ANY STATEMENT TAKEN FROM MS. EMILY CUNNINGHAM PERTAINING TO THE CRIME-OFFENSE IN QUESTION?

5). WAS MS. EMILY CUNNINGHAM A WITNESS FOR THE STATE?

6). DID MS. E. CUNNINGHAM HAVE THE NOTES SHE MADE OF BEING TOLD ABOUT THE RAPE DURING HER DERECT TESTIMONY?

1).

7). DID THE STATE FULLY COMPLY WITH DEFENSE DISCOVERY REQUEST?

8). DID DEFENSE COUNSEL SUBMIT A RULE 16 MOTION TO THE STATE, PURSUANT TO RULE 16 OF SUPERIOR COURT CRIMINAL RULE(S)?

9). DID THE STATE ASK DEFENSE COUNSEL TO NOT SHOW THE DEFENDANT THE NOTES MS. E. CUNNINGHAM MADE?

10). AT WHAT STAGE OF THE CRIMINAL PROCEDINGS IN THE SUPERIOR COU DID THE STATE SHARE THE EMILY NOTES WITH DEFENSE?

11). IN MS. CUNNINGHAMS NOTES ABOUT THE VICTIM, DID IT STATE THA PETITIONER ASSUALTED OR RAPE THE VICTIM?

12). DID THE VICTIM TESTIFY AT ANY POINT ABOUT BEING ASSUALTED ONL

13). WAS MS. E. CUNNINGHAM CONSIDERED AN EXPERT WITNESS FOR THE STATE?

14). WHAT QUALIFIED MS. E. CUNNINGHAM TO BE AN EXPERT?

15). IS THEIR ANY PARTICUTAR FOUNDATION THAT STATE IS REQUIRED TO ESTABLISH BEFORE INTRODUCING ONE AS AN EXPERT?

16). DID THE STATE OF ANY FORKNOWLEDGE OF MS. EMILY CUNNINGHAM HAVIN BEEN A FORMAL RAPE VICTIM AS WELL?

17). DID THE STATE OR ANY MEMBER OF THE PROSECUTIONS OFFICE PREP MS. CUNNINGHAM FOR TRIAL?

18). DID THE STATE OR ANY MEMBER OF THE PROSECUTIONS OFFICE PREP THE VICTIM FOR TRIAL?

19). DID THE VICTIM OR MS. CUNNINGHAM INITIATE THE CONTACT WITH THE POLICE?

DATED: 11/27/06

RESPECTFULLY SUBMITTED,

Stephen R. Winn

STEPHEN R. WINN 177957
D.C.C 1181 PADDOCK ROAD
SMYRNA, DE 19977

2).

## Certificate of Service

I, _STEPHEN R. WINN_, hereby certify that I have served a true and correct cop(ies) of the attached: _REQUEST FOR ADMISSIONS._ _____ upon the following parties/person (s):

TO: _DEPUTY ATTORNEY GENERAL_
_DEPARTMENT OF JUSTICE_
_STATE OFFICE BUILDING_
_820 N. FRENCH STREET_
_WILMINGTON, DE 19801_

TO: _____

TO: _____

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this _27_ day of _NOVEMBER_, 2006

_Stephen R. Winn_