IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

STEPHEN R. WINN

    PETITIONER

V.                                    CIV. ACT. NO. 06-038-KAJ

THOMAS L. CARROLL, WARDEN

AND CARL C. DANBERG

ATTORNEY GENERAL OF THE STATE

    OF DELAWARE



BD scanned

PETITIONER'S REQUEST FOR

PRODUCTION OF DOCUMENT(S)

DATED: 11/27/06

Stephen R. Winn PRO, SE

STEPHEN R. WINN 177957
D.C.C. 1181 PADDOCK ROAD
SMYRNA, DE 19977

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHEN R. WINN<br>PETITIONER<br>V.<br>THOMAS L. CARROLL, WARDEN<br>AND CARL C. DANBERG<br>ATTORNEY GENERAL OF THE STATE<br>OF DELAWARE | CIV. ACT. NO. 06-038-KAJ |

PETITIONERS REQUEST FOR PRODUCTION
OF DOCUMENT(S)

PURSUANT TO RULE 34 OF THE FEDERAL RULES OF CIVIL PROCEDURE, PETITIONER HEREBY REQUESTS THAT STATE PRODUCE FOR INSPECTION AND OR PROVIDE COP(IES) OF THE DOCUMENT(S) AND TANGIBLE THINGS IDENTIFIED BELOW; WITHIN (30) CALENDAR DAYS OF THE SERVICE OF THE DOCUMENT REQUEST. 1). PETITIONER REQUEST A COPY OF THE NOTES THAT WITNESS, EMILY CUNNINGHAM MADE ABOUT THE SUBSTANCE OF MS, CLECKLEY BEING RAPED, THAT WAS PROVIDED TO THE STATE.

2). PETITIONER REQUEST A COPY OR OPPORTUNITY TO INSPECT ANY OTHER EXISTING RELEVANT DOCUMENT (TANGIBLE) RELATING TO THE NOTE'S LISTED IN NUMBER 1, THAT WAS NOT PREVIOUSLY PROVIDED THE PETITIONER.

1).

3). PETITIONER REQUEST A COPY OF MS. EMILY CUNNINGHAM'S INTERVIE[W] WITH THE STATE ABOUT THE ALLEDGED VICTIM'S ADMISSIONS TO HER

4). PETITIONER REQUEST ANY MINUTES OF HEARINGS, SIDE-BAR'S OR OTHER TANGIBLE NOTES OF THE DISCUSSION THAT MS. EMILY CUNNINGHA[M] MAY HAVE HAD WITH COPS OR FELLOW CO-WORKER'S; ABOUT VICTIM MS. CLECKLEY ADMISSIONS TO HER.

5). ANY LETTERS, FILES, RECORDS, LOGS, REPORTS OR WRITTEN COMMUNICATIONS INVOLVING MS. EMILY CUNNINGHAM, VICTIM MS. CLECKLEY WHICH INVOLVED PETITIONER TO PRODUCE OR MAKE AVAILABLE FOR INSPECTION!

RESPECTFULLY SUBMITTED,

DATED: 11/27/06

Stephen R. Winn

STEPHEN R. WINN    PRO SE    177957
D.C.C 1181 PADDOCK ROAD
SMYRNA, DE 19977

2).

## Certificate of Service

I, **STEPHEN R. WINN**, hereby certify that I have served a true and correct cop(ies) of the attached: **REQUEST FOR PRODUCTION OF DOCUMENT(S)** upon the following parties/person (s):

TO: **DEPUTY ATTORNEY GENERAL**
**DEPARTMENT OF JUSTICE**
**STATE OFFICE BUILDING**
**820 N. FRENCH STREET**
**WILMINGTON, DE 19801**

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this **27** day of **NOVEMBER**, 2006

*Stephen R. Winn*

IM STEPHEN WINN
SBI# 177957   UNIT 21
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON LEGAL MAIL
28 NOV 2006 PM 1 L

U.S.M. X-RAY

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING STREET, LOCK BOX 18
WILMINGTON, DELAWARE
19801-3570