FR: STEPHEN R. WINN 177957
D.C.C 1181 PADDOCK ROAD
SMYRNA, DE 19977

DECEMBER 22, 2006

TO: OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING STREET, LOCK BOX 18
WILMINGTON, DE 19801

1:06-CV-38 (NTL) OR (KAJ)

RE: STATUS OF THE CASE

ON DECEMBER 17, 2006 I RECEIVED AN NOTICE THAT JUDGE KENT A. JORDAN WAS ASSIGNED TO THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT. ALSO, IN PLACE OF THE JUDGE'S INITIALS, AFTER THE CASE NUMBER ON ALL DOCUMENTS FILED, (NTL) IS THAT CURRENT? MY CASE WAS REFERRED TO MAGISTRATE JUDGE MARY PAT THYNGE, IS THAT CURRENT?

APPELLANT, STEPHEN R. WINN, FILED HIS WRIT OF HABEAS CORPUS BACK IN JANUARY OF 2006, IS THAT CURRENT?

THANK YOU FOR YOUR PROMPT ATTENTION CONCERNING THIS MATTER

cc:

Stephen R. Winn
STEPHEN R. WINN 177957
D.C.C 1181 PADDOCK ROAD
SMYRNA, DE 19977



FILED
DEC 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RO scanner

IM STEPHEN R. WIZNN
SBI# 177157   UNIT 21
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

RECEIVED
DEC 27 2006

U.S.M.S
X-RAY

WILMINGTON DE 197
26 DEC 2006 PM 3 T
LEGAL MAIL

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING STREET, LOCKBOX 18
WILMINGTON, DE
19801