FR: STEPHEN R. WINN 177957
D.C.C 1181 PADDOCK ROAD
SMYRNA, DE 19977

TO: OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING STREET, LOCKBOX 18
WILMINGTON, DE 19801-3570

NO. CA 06-38-KAJ

IT WOULD BE GREATLY APPRECIATED IF YOU WOULD SEND ME AN COPY OF CRIMINAL DOCKET SHEET.

AS ALWAY, THANK YOU FOR EVERYTHING.

SINCERELY

STEPHEN WINN 177957

CC: 1/6/07



FILED
JAN 11 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned



IM STEPHEN A. WIAN
SBI# 177757  UNIT 21
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
05 JAN 2007 PM 5 L    LEGAL MAIL

OFFICE OF THE CLERK
UNITED STATE DISTRICT COURT
844 N. KING STREET LOCKBOX 18
WILMINGTON DE
           19801-3570