FR: STEPHEN R. WINN 177957

D.C.C 1181 PADDOCK ROAD

SMYRNA, DE 19977


TO: OFFICE OF THE CLERK                    NO. CA 06-38-KAJ

UNITED STATES DISTRICT COURT

844 N. KING STREET, LOCK BOX 18


   I FILED MOTION TO AMEND MATERIAL FACT OF STATEMENT BACK IN JANUARY 2007. HAVE THE COURT RECEIVED A NOTICE? IT WOULD BE GREATLY APPRECIATED IF YOU WOULD SEND ME A COPY OF CRIMINAL DOCKET.

   AS ALWAYS, THANK YOU FOR EVERYTHING.

cc:



FILED
MAR - 8 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

SINCERELY,

Stephen R. Winn

STEPHEN R. WINN 177957

```
I/M STEPHEN R. WINN
SBI# 177967   UNIT 21
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977
```

WILMINGTON LEGAL MAIL
07 MAR 2007 PM 1 T

U.S.M.S.
X-RAY

```
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING STREET, LOCK BOX 18
WILMINGTON, DE
                  19801
```