FR: STEPHEN R. WINN 177957

D.C.C 1181 PADDOCK ROAD

SMYRNA, DE 19977

NO. CA 06-38-KAJ

TO: OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

844 N. KING STREET, LOCKBOX 18

WILMINGTON, DE 19801-3570

I APPRECIATED IF YOU WOULD SEND ME AN COPY OF MY CRIMINAL DOCKET SHEET

AS ALWAYS, THANK YOU FOR EVERYTHING.

SINCERELY,

Stephen Winn 177957

STEPHEN WINN

CC: 6/8/07



FILED
JUN 1 1 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

IM STEPHEN WINN
SBI# 177657   UNIT 23
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING STREET, LOCK BOX 18
WILMINGTON, DE
19801-3570