OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

June 11, 2007

TO:  Stephen R. Winn
     SBI #177957
     Delaware Correctional Center
     1181 Paddock Road
     Smyrna, DE 19977

     RE:  *Request for Copy of Docket,* CA 06-38(***)

Dear Mr. Winn:

     A letter has been received by the Clerk's Office, requesting
a copy of the docket for the above noted civil action.

     Please be advised that in accordance with the directive from
the Judicial Conference of the United States the fee for copies
(including docket sheets) is fifty ($.50) cents per page. *A copy
of the docket is enclosed, free of charge for this request only.
Should you require copies (including docket sheets) in the future*,
please be aware of this fee requirement. Prepayment should be sent
with your request, check or money order payable to Clerk, U.S.
District Court.

     Nothing contained in this letter is intended to express an
opinion as to the merits of any claims which you may be alleging.

                              Sincerely,

/ead                          PETER T. DALLEO
                              CLERK

cc:  The Honorable Mary Pat Thynge
enc: Docket Sheet