IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHEN R. WINN, | ) |
|     Petitioner, | ) ) ) |
| v. | ) Civ. Action No. 06-38*** |
| THOMAS CARROLL, Warden, and JOSEPH R. BIDEN, III, Attorney General of the State of Delaware, | ) ) ) ) ) |
|     Respondents.[1] | ) ) |

## ORDER

At Wilmington this _4_ day of ~~August~~ September, 2007;

IT IS ORDERED that:

Petitioner Stephen R. Winn's "Motion to Amend Material Fact of Statement [in Habeas Petition]" is **GRANTED** to the extent it provides factual support for the claims asserted in his habeas petition, but **DENIED** to the extent it asserts new claims. (D.I. 23)

                                                                                              /s/ Mary Pat Thynge  
                                                                                             Honorable Mary Pat Thynge  
                                                                                             U.S. Magistrate Judge

---

[1] Attorney General Joseph R. Biden, III assumed office in January, 2007, replacing former Attorney General Carl C. Danberg, an original party to this case. *See* Fed. R. Civ. P. 25(d)(1).