FR: STEPHEN R. WINN 177957
D.C.C 1181 PADDOCK ROAD
SMYRNA, DE 19977

TO: OFFICE OF THE CLERK　　　　　NO. CA 06-38-KAJ
UNITED STATES DISTRICT COURT
844 N. KING STREET, LOCKBOX 18
WILMINGTON, DE 19801-3570

I'M WRITING TO INQUIRE ABOUT THE STATUS OF MY CASE?
BECAUSE I FILED MY HABEAS CORPUS JANUARY 20, 2006.
AS ALWAYS, THANK YOU FOR EVERYTHING -

　　　　　　　　　　　　　　Stephen R. Winn

DATED: 11/22/07



FILED
NOV 26 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

I/M STEPHEN R. WINN
SBI# 177457    UNIT 23
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
23 NOV 2007 PM 3 L
LEGAL MAIL

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING STREET, LOCKBOX 18
WILMINGTON, DE
19801-3570