OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

November 28, 2007

TO:  Stephen R. Winn
     SBI #177957
     Delaware Correctional Center
     1181 Paddock Road
     Smyrna, DE 19977

   *RE:  Status of 06-38(***)*

Dear Mr. Winn:

   This office received a letter from you requesting the status of your case. Your case is assigned to the vacant judgship and is pending before the Court.  You will be advised by the Court as to further developments in your case.

   I trust that this letter answers your questions concerning this matter.  Nothing contained in this letter is intended to express an opinion as to the merits of any claim which you may be alleging.

                                        Sincerely,

/ead                                    PETER T. DALLEO
                                        CLERK


Enc: Docket Sheet