IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STEPHEN R. WINN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ. A. No. 06-038-GMS |
| | ) | |
| PERRY PHELPS, | ) | |
| and ATTORNEY GENERAL OF THE | ) | |
| STATE OF DELAWARE, | ) | |
| | ) | |
| Respondents.[1] | ) | |

**O R D E R**[2]

No later than _June 20_, 2008, the State is ordered to file the following portions of the Delaware Superior Court transcript for Winn's February 2002 criminal trial: (1) Winn's cross-examination; (2) prosecutor's closing argument; (3) defense counsel's closing argument; (4) any curative instructions issued with respect to the parties' closing arguments; and (4) jury instructions.

_May 19, 2008_
DATE

CHIEF, UNITED STATES DISTRICT JUDGE

---

[1]Warden Perry Phelps assumed office in January, 2008, replacing former Warden Thomas Carroll. See Fed. R. Civ. P. 25(d)(1).

[2]This case was originally assigned to the Vacant Judgeship, and re-assigned to this court on February 1, 2008.