IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

STEPHEN R. WINN,
    PETITIONER,

V.

PERRY PHELPS,
AND ATTORNEY GENERAL OF THE
STATE OF DELAWARE
    RESPONDENTS.

CIV. A. NO. 06-038-GMS



FILED
JUN 26 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## MOTION FOR SUMMARY JUDGMENT

DATED: 6/24/08

Stephen R. Winn
STEPHEN R. WINN
D.C.C 1181 PADDOCK ROAD
SMYRNA, DE 19977

PLEASE TAKE NOTICE THAT THE WITHIN MOTION IT WAS THE ORDER OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE PER REQUEST. "NO LATER THAN JUNE 20, 2008". THE STATE IS ORDERED TO FILE THE FOLLOWING PORTIONS OF THE DELAWARE SUPERIOR COURT TRANSCRIPT FOR WINN'S FEBRUARY 2002 CIMINAL TRIAL.

1). WINN'S CROSS EXAMINATION; (2) PROSECUTOR'S CLOSING ARGUMENT;

3). DEFENSE COUNSEL'S CLOSING ARGUMENT; (4) ANY CURATIVE INSTRUCTIONS ISSUED WITH RESPECT TO THE PARTIES CLOSING ARGUMENTS; AND (4) JURY INSTRUCTIONS.

REFERENCE TO THE REQUEST MR. WINN RECEIVED ON MAY 24, 2008 REQUIRING FOR THE TRANSCRIPT MENTIONED ABOVE, AS OF THIS DATE ABOVE MR. WINN HAD NOT RECEIVED ANY COPIES OR ANY CORRESPONDENCE FROM THE STATE OF THE DELAWARE SUPERIOR COURT COMPEL WITH THE ORDER FILED MAY 19, 2008.

THE STATE HAS FAILED TO COMPLY WITH THE ORDER OF THIS COURT. THE PETITIONER MOVE THIS COURT TO RULE ON THE MERITS OF THIS PETITION ABSENT OF THE STATE'S RESPOND BRIEF.

THE PETITIONER SHOULD NOT BE DENIED A FAIR AND JUST RULING ON THE MERITS OF HIS PETITION BECAUSE THE STATE FAILED TO FILE AN ANSWERING BRIEF IN DUE TIME IN COMPLIANCE WITH THIS COURT'S ORDER.

PETITIONER MIGHT ADD, IF HE HAD FAILED TO COMPLY WITH A COURT ORDER THE STATE WOULD HOLD HIM TO THE LETTER OF THE LAW, AND SO SHOULD THEY. FOR THERE REASONS THE DEFENDANT, RESPECTFULLY PRAYS THAT THIS HONORABLE COURT CONSIDER RULE ON THE MERITS OF HIS PETITION AND SET-ASIDE THE VERDICT.

DATED: 6/24/08

RESPECTFULLY SUBMITTED
*Stephen Winn*
STEPHEN WINN

# Certificate of Service

I, __STEPHEN R. WINN__, hereby certify that I have served a true and correct cop(ies) of the attached: __MOTION FOR SUMMARY JUDGMENT FEDERAL RULES OF CIV. PROCEDURES__ upon the following parties/person (s):

TO: __ATTORNEY GENERAL__
__STATE OFFICE BUILDING__
__820 N. FRENCH STREET__
__WILMINGTON, DE__
__19801-3509__

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this __24__ day of __JUNE__, 200__8__

_Stephen R. Winn_

I/M STEPHEN R. WINN
SBI# 177957      UNIT D-WEST
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

[postmark: WILMINGTON DE, 25 JUN 2008 PM 3 T]
LEGAL MAIL

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING STREET, LOCKBOX 18
WILMINGTON, DE
19801-3570