IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHEN R. WINN,<br><br>    Petitioner<br><br>v.<br><br>THOMAS CARROLL, Warden,<br>et al.,<br><br>    Respondents | )<br>)<br>)<br>)<br>)  Civ. Act. No. 06-38-GMS<br>)<br>)<br>)<br>)<br>) |

NOTICE OF SUPPLEMENTAL FILING
OF STATE COURT RECORDS

Respondents submit herewith certified copies of the following Delaware Superior Court records (*State v. Stephen R. Winn*, Case ID 0103012308):

A. Trial Transcript (Feb. 21, 2002)

B. Trial Transcript (Feb. 22, 2002)

/s/ Loren C. Meyers
Loren C. Meyers
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar ID 2210
loren.meyers@state.de.us

July 14, 2008

## CERTIFICATE OF SERVICE

The undersigned, being a member of the Bar of the United States District Court for the District of Delaware, hereby certifies that on July 14, 2008,

1. He caused two copies of the attached document (Notice of Supplemental Filing of State Court Records) and one copy of the papers listed therein to be deposited in the United States Mail, first class postage prepaid, addressed to the following non-registered participant:

Stephen R. Winn
No. 177957
Vaughn Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977

2. He electronically filed the Notice of Supplemental Filing of State Court Records with the Clerk of the District Court using CM/ECF.

/s/ Loren C. Meyers
Loren C. Meyers
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar ID 2210
loren.meyers@state.de.us