FR: STEPHEN WINN #177957
   D.C.C 1181 PADDOCK ROAD
   SMYRNA, DE 19977

CIV. A. NO. 06-038-GMS

TO: OFFICE OF THE CLERK
   UNITED STATES DISTRICT COURT
   844 N. KING STREET, LOCKBOX 18
   WILMINGTON, DELAWARE 19801

   THIS CORRESPONDENCE IS BEING SENT IN ORDER TO OBTAIN ANY AND ALL INFORMATION AS WELL AS JUDGE GREGORY M. SLEET DECISION FOR JUNE 20, 2008 DEADLINE.
   THE STATE IS ORDERED TO FILE THE DELAWARE SUPERIOR COURT TRANSCRIPT FOR WINN'S FEBRUARY 2002 CRIMINAL TRIAL.
   I HAVE NOT RECEIVED THE COPY OR ANY CORRESPONDENCE FROM STATE REGARDING THIS ORDER THAT WAS FILED MAY 19, 2008
   PLEASE CONSIDER THIS LETTER AS MY APPLICATION FOR THE ABOVE MENTIONED BENEFITS ALSO PLEASE FORWARD THE ABOVE MENTIONED MATERIAL.
   THANK YOU FOR YOUR PROMPT ATTENTION TO THIS MATTER.

RESPECTFULLY SUBMITTED,

DATED: 7/12/08

Stephen R. Winn


FILED
JUL — —
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

STEPHEN R. WINN #177957
D.C.C. 1181 PADDOCK ROAD
SMYRNA, DE 19977

SHU 17

WILMINGTON DE LEGAL MAIL

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING STREET, LOCKBOX 18
WILMINGTON, DE 19801