OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 15, 2008

TO:

**Stephen R. Winn**
SBI #177957
James T. Vaughn Correctional Center
1181 Paddock Road
Smyrna, DE 19977

    **RE: STATUS OF STATE'S RESPONSE TO ORDER
         CA 06-38 GMS**

Dear Mr. Winn:

    This is in response to your letter received 7/15/08 requesting the status the State Defendant's response to the Order dated 5/19/08. Please be advised that the State filed supplemental transcripts on 7/14/08. A copy of the docket sheet is enclosed to verify this. You will be advised by the Court as to further developments in your case.

    I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                        Sincerely,

/rwc                                         PETER T. DALLEO
                                              CLERK

cc: The Honorable Gregory M. Sleet
enc: Docket Sheet